Grimes

# U.S. District Court
## NORTHERN DISTRICT OF OHIO (Cleveland)
## CRIMINAL DOCKET FOR CASE #: 1:24-cr-00210-CEF-6

1:24-mj-108

| | |
|---|---|
| Case title: USA v. Jefferson, et al. | Date Filed: 06/12/2024 |

Assigned to: Judge Charles Esque Fleming

-FILED-
SEP 23 2024
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**Defendant (6)**

**Jamontae Nelson**
*also known as*
Scoot

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (1) | |
| 21:843(b) Use of a Communications Facility to Facilitate a Felony Drug Offense (16) | |
| 21:843(b) Use of a Communications Facility to Facilitate a Felony Drug Offense (19) | |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3758
Fax: 216-522-7499
Email: colleen.egan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Govt*

**Jason Matthew Katz**
Office of the U.S. Attorney - Cleveland
Ste. 400
801 West Superior Avenue
Cleveland, OH 44113
216-622-3844
Fax: 216-522-7499
Email: jason.katz@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Govt*

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/12/2024 | 1 | UNSEALED INDICTMENT filed by USA as to Arthur Lee Jefferson (1) count(s) 1, 2, 4, 5, 7-8, 9, 10-22, 23-40, Anthony Maurice Clark (2) count(s) 1, 2, 4, 7, 10, 17, Darren Jeffrey Tomlinson (3) count(s) 1, 2, 4, 14, 22, Cartier Nycole Fitch (4) count(s) 1, 3, 4, 6, 7-8, 12, 15, Leeshawn Anthony Minter (5) count(s) 1, 13, 20, Jamontae Nelson (6) count(s) 1, 16, 19, Gregory Cooper, II (7) count(s) 1, 11, 18, 21. (Attachments: # 1 Designation Form and Signature Page) (H,SP) Modified on 7/8/2024 - to unseal per chambers request. (L,MI) (Entered: 06/13/2024) |
| 06/12/2024 | | Random Assignment of Magistrate Judge pursuant to Local Criminal Rule 57.9. In the event of a referral, case will be assigned to Magistrate Judge James E. Grimes, Jr.. (H,SP) (Entered: 06/13/2024) |
| 06/12/2024 | 3 | **Motion** to Seal Indictment filed by United States of America as to Arthur Lee Jefferson (1), Anthony Maurice Clark (2), Darren Jeffrey Tomlinson (3), Cartier Nycole Fitch (4), Leeshawn Anthony Minter (5), Jamontae Nelson (6), Gregory Cooper, II (7). (H,SP) (Entered: 06/13/2024) |
| 06/12/2024 | 4 | **Order** granting the government's 3 Motion to Seal Indictment until the arrest of any defendant as to Arthur Lee Jefferson (1), Anthony Maurice Clark (2), Darren Jeffrey Tomlinson (3), Cartier Nycole Fitch (4), Leeshawn Anthony Minter (5), Jamontae Nelson (6), Gregory Cooper II (7). Magistrate Judge Reuben J. Sheperd. (H,SP) (Entered: 06/13/2024) |
| 07/08/2024 | | Indictment Unsealed as to Arthur Lee Jefferson (1), Anthony Maurice Clark (2), Darren Jeffrey Tomlinson (3), Cartier Nycole Fitch (4), Leeshawn Anthony Minter (5), Jamontae |